**Order entered February 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01423-CV

### INTERNATIONAL FIDELITY INS. CO., Appellant

### V.

### THE DALLAS COUNTY BAIL BOND BOARD, ACCREDITED CASUALTY & SURETY COMPANY, INC., MARK TOLIVER, II, AGENT D/B/A DAVID'S BAIL BONDS, AND MARK TOLIVER, II, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-16793

## ORDER

Before the Court are (1) appellees Mark Toliver, II, Agent d/b/a David's Bail Bonds, and Mark Toliver, II's ("Toliver appellees") February 15, 2019 motion to dismiss appeal for failure to file brief; (2) appellant's February 19, 2019 motions for leave and extension of time to file late brief; and, (3) the parties' responses to each other's motions. We **ORDER** as follows.

We **GRANT** appellant's motions for leave and extension and **ORDER** the brief received February 19, 2019 filed as of the date of this order. We **DENY** as moot Toliver appellees' motion to dismiss.

/s/     KEN MOLBERG
        JUSTICE